UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT MURRAY                                              PETITIONER

VS.                              CIVIL ACTION NO. 3:11CV199TSL–MTP

RONALD KING                                               RESPONDENT

ORDER

    This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Michael T. Parker, and the court, having fully reviewed the report and recommendation entered in this cause on September 7, 2012, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

    IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on September 7, 2012, be, and the same is hereby adopted as the finding of this court, and that petitioner's motions for summary judgment and for default judgment are hereby denied.  It is further ordered that on or before October 9, 2012, respondent shall provide petitioner with a copy of his answer and exhibits. Petitioner's traverse, if any, is due to be filed on or before October 22, 2012.

SO ORDERED this the 26th day of September, 2012.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE